IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | 5-24-CV-01099-JKP-RBF |
| NORTHSIDE INDEPENDENT SCHOOL | § | |
| DISTRICT, KYLE KENNEDY, JOSEPH | § | |
| GARCIA, | § | |
| | § | |
| Defendants. | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JASON PULLIAM, UNITED STATES DISTRICT
JUDGE:

Now comes Plaintiff, MARKAY GARCIA ("Plaintiff"), and submits
this Advisory to the Court.

1.   On November 13, 2024, Defendants' counsel informed Plaintiff that
they intended to file a Rule 12(b)(6) motion to dismiss and advised Plaintiff
of the alleged deficiencies in her Complaint that would be addressed in the
motion to dismiss.

2.  Per the Court's standing order in civil cases, Plaintiff submits this advisory to inform the Court that she intends to amend her complaint (Dkt 2) within 7 days (November 27, 2024).

Respectfully submitted,

By:  */s/ Shelby J. White* _____
Fidel Rodriguez, Jr.
State Bar No. 17145500
fidel@fidrodlaw.com
Fidel Rodriguez, III
State Bar No. 24081924
tres@fidrodlaw.com
RODRIGUEZ TRIAL LAW
231 W. Cypress St.
San Antonio, TX 78212
(210) 777-5555 - Office
(214) 224-0533 - Facsimile

Sylvan Stephen Lang, Jr.
State Bar No. 11898700
sylvan@langfirm.com
Brian M. Dennis
State Bar No. 24039970
brian@langfirm.com
Meagan McKenney Gillette
State Bar No. 24050659
meagan@langfirm.com
LANG LAW FIRM, PC
11550 IH-10 West, Suite 273
San Antonio, Texas 78230
(210) 479-8899 - Office
(210) 479-0099 - Facsimile

and

Thad D. Spalding
State Bar No. 00791708
tspalding@dpslawgroup.com
Shelby Jean White
State Bar No. 24084086
swhite@dpslawgroup.com
DURHAM, PITTARD & SPALDING LLP
2223 W. Jefferson Blvd
Dallas, Texas 75208
(214) 946-8000 - Office
(214) 946-8433 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

Katie E. Payne
kpayne@wabsa.com
WALSH GALLEGOS TREVINO KYLE & ROBINSON P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
(210) 979-6633 – Office
(210) 979-7024 – Facsimile

*Attorney for Northside Independent School District, Kyle Kennedy, and Joseph Garcia*

/s/ Shelby J. White
**Shelby J. White**