IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>　　Plaintiff,<br><br>VS.<br><br>NORTHSIDE INDEPENDENT SCHOOL<br>DISTRICT, KYLE KENNEDY, and<br>JOSEPH GARCIA,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5-24-CV-01099-JKP-RBF |

## NOTICE OF APPEARANCE OF COUNSEL

TO:　UNITED STATES DISTRICT JUDGE JASON PULLIAM,
　　　THE CLERK OF COURT, AND ALL COUNSEL OF RECORD

COMES NOW, the undersigned attorney, Fidel Rodriguez Jr., to hereby notify the Court of appearances as counsel for the Plaintiff, MARKAY GARCIA and requests that all further communications from the Court and other counsel with respect to this matter also be forwarded to the undersigned:

Fidel Rodriguez, Jr.
Texas Bar No. 17145500
fidel@fidrodlaw.com
FIDEL RODRIGUEZ, III
State Bar No. 24081924
tres@fidrodlaw.com
RODRIGUEZ TRIAL LAW
231 W. Cypress St.
San Antonio, Texas 78212
Telephone: (210) 777-5555
Fax: (210) 224-0533

Sylvan S. Lang, Jr.
Texas Bar No. 11898700
sylvan@langfirm.com
Brian M. Dennis
State Bar No. 24039970
brian@langfirm.com
Meagan M. Gillette

State Bar No. 24050659
meagan@langfirm.com
LANG LAW FIRM, P.C.
11550 IH-10 West, Ste. 273
San Antonio, Texas 78230
Telephone: (210) 783-0322
Fax: (210) 479-0099

Thad D. Spalding
State Bar No. 00791708
tspalding@dpslawgroup.com
Shelby J. White
State Bar No. 24084086
swhite@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
Telephone: (214) 946-8000
Fax: (214) 946-8433

Date: November 21, 2024.                Respectfully submitted,

                                        RODRIGUEZ TRIAL LAW
                                        231 W. Cypress St.
                                        San Antonio, Texas 78212
                                        Telephone: (210) 777-5555
                                        Fax: (210) 224-0533
                                        BY:     *S/ FIDEL RODRIGUEZ, JR.*
                                                FIDEL RODRIGUEZ, JR.
                                                State Bar No. 17145500
                                                FIDEL RODRIGUEZ, III
                                                State Bar No. 24081924
                                        ATTORNEYS FOR PLAINTIFF

                                        LANG LAW FIRM, P.C.
                                        Northwest Atrium
                                        11550 IH-10 West, Ste. 273
                                        San Antonio, Texas 78230
                                        Telephone: (210) 479-8899
                                        Fax: (210) 479-0099
                                        BY:     *S/ SYLVAN S. LANG, JR.*
                                                SYLVAN S. LANG, JR.
                                                State Bar No. 11898700
                                                BRIAN M. DENNIS
                                                State Bar No. 24039970
                                                MEAGAN M. GILLETTE

2

                        State Bar No. 24050659
                        ATTORNEYS FOR PLAINTIFF

DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
Telephone: (214) 946-8000
Fax: (214) 946-8433
BY:    */S/ THAD D. SPALDING*
         THAD D. SPALDING
         State Bar No. 00791708
         SHELBY J. WHITE
         State Bar No. 24084086
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all counsel of record by using the Court's CM/ECF system on this the 21st day of November, 2024.

                        /S/ FIDEL RODRIGUEZ JR.
                        FIDEL RODRIGUEZ JR.