IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>    Plaintiff, | § § § | |
| vs. | § § | 5:24-CV-01099-JKP-RBF |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA,<br>    Defendants. | § § § § § | JURY DEMAND |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

COME NOW, Defendants and file this motion for extension of time to file their response to Plaintiff's Amended Complaint (ECF. No. 9), and in support thereof, respectfully would show the Court as follows:

1.  Defendants respectfully requests that the deadline to respond to Plaintiff's Amended Complaint (ECF No. 9) be extended to December 20, 2024. This request for an extension, submitted prior to the deadline, is not submitted for the purposes of delay, but so that justice may be done.

2.  Plaintiff filed her Original Complaint, and this Court issued a Standing Order which prescribes notice measures required prior to the filing of a motion to dismiss. ECF No. 1, 3. In compliance with the Standing Order, defense counsel gave written notice to plaintiff's counsel of their intent to file a motion to dismiss and the bases for such a motion, plaintiff's counsel filed an advisory of her intent to amend her complaint, and then filed her amended complaint. ECF Nos. 7, 9.

3.  On December 11, 2024, the Honorable Magistrate Judge Farrer convened an initial pretrial conference, at which time defense counsel made an unopposed oral motion for an extension of time to file Defendants responsive pleading to Plaintiff's Amended Complaint, which was orally granted. Unfortunately, defense counsel wrote down the wrong extended deadline and did not

discover her mistake until today, December 18, 2024, the date of the extended deadline. Defense counsel worked diligently to meet this deadline but determined in the late evening that she would not be able to do so. Accordingly, Defendants seek a brief two-day extension of time to file the responsive pleading, on or before December 20, 2024.

4. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court has broad discretion to control its docket and modify a scheduling order. FED. R. CIV. P. 16. Because this request to amend the Court's current scheduling order is made before the deadline, it is evaluated under the relatively lenient "good cause" standard. FED. R. CIV. P. 16(b)(4). "There are four relevant factors to consider when determining whether there is good cause under Rule 16(b)(4): (1) the explanation for the failure to timely comply with the scheduling order; (2) the importance of the modification; (3) potential prejudice in allowing the modification; and (4) the availability of a continuance to cure such prejudice." *Squyres v. Heico Companies, L.L.C.,* 782 F.3d 224, 237 (5th Cir. 2015)(internal quotation marks and citation omitted). There is no scheduling order in this case, the requested extension is for a two-day period, there is no prejudice to any party, and this additional time will allow for the filing of a responsive pleading worthy of this Court's time and attention.

WHEREFORE, based on the foregoing, Defendants pray that this Court grant their motion for extension of time and issue an order allowing them to file their response to Plaintiff's Amended Complaint (ECF No. 9) on or before December 20, 2024.

Respectfully submitted,

By: */s/ Katie E. Payne*
Katie E. Payne
State Bar No. 24071347
Federal ID No. 1786856
Email: kpayne@wabsa.com
D. Craig Wood

State Bar No. 21888700  
Federal ID No. 979301  
Email: cwood@wabsa.com  
**WALSH GALLEGOS KYLE ROBINSON & ROALSON P.C.**  
1020 NE Loop 410, Suite 450  
San Antonio, Texas 78209  
Telephone: (210) 979-6633  
Facsimile: (210) 979-7024  

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

The undersigned counsel determined after the close of business on December 18, 2024 that she would not be able to rectify the calendar mistake, as referenced above, and thus was not able to confer with opposing counsel prior to filing this motion, in an effort to file prior to the deadline.

*/s/ Katie E. Payne*  
Katie E. Payne

## CERTIFICATE OF SERVICE

I hereby certify that one the 18th day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court through the ECF system which caused to be served upon all counsel of record an email notice of the electronic filing.

*/s/ Katie E. Payne*  
Katie E. Payne