# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | 5:24-CV-01099-JKP-RBF |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ | JURY DEMAND |

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendants' motion for extension of time to file their response to Plaintiff's Amended Complaint (ECF. No. 9), has been carefully consider by this Court. The Court, having reviewed and considered the said motion and response and having reviewed the items on file herein, is of the opinion that said Motion should be GRANTED.

Therefore, it is hereby ORDERED that Defendants' motion for extension of time to file their response to Plaintiff's Amended Complaint (ECF. No. 9), be GRANTED. Defendants shall submit their response to Plaintiff's Amended Complaint on or before December 20, 2024.

IT IS SO ORDERED on this _____ day of _____, 2024.

_____
Richard B. Farrer
UNITED STATES MAGISTRATE JUDGE