IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | § | 5:24-CV-01099-JKP-RBF |
| | § | |
| NORTHSIDE INDEPENDENT<br>SCHOOL DISTRICT, KYLE<br>KENNEDY, and JOSEPH GARCIA,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | JURY DEMAND |

**ORDER GRANTING DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Be it remembered that on this day came to be considered Defendants' 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim Upon Which Relief Can be Granted. After considering said pleadings and other documents on file in this cause, and the arguments of the parties, the Court finds that Defendants' Motion has merit and should be GRANTED in its entirety.

It is therefore ORDERED, ADJUDGED AND DECREED that Defendants' 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted is hereby GRANTED in its entirety. Plaintiff's claims against Defendant Northside Independent School District, Defendant Kyle Kennedy and Defendant Joseph Garcia are hereby DISMISSED WITH PREJUDICE.

SIGNED on this ____ day of December, 2024.

Richard B. Farrer
UNITED STATED MAGISTRATE JUDGE