IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | 5:24-CV-01099-JKP-RBF |
| NORTHSIDE INDEPENDENT<br>SCHOOL DISTRICT, KYLE<br>KENNEDY, and JOSEPH GARCIA,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | JURY DEMAND |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' 12(b)(6) MOTION TO DISMISS**

COME NOW, Defendants and file this unopposed motion for extension of time to file their reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss (ECF. No. 17), and in support thereof, respectfully would show the Court as follows:

1. Defendants respectfully request that the deadline to reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss (ECF. No. 17), be extended to January 21, 2025. This request for an extension, submitted prior to the deadline, is not submitted for the purposes of delay, but so that justice may be done.

2. On December 27, 2024, Defendants filed their 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 16). Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss was filed on January 7, 2025, making Defendants' reply due on or before January 14, 2025. (ECF No. 17); L.R. CV-7.

3. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court has broad discretion to control its docket and modify a scheduling order. FED. R. CIV. P. 16. Because this request to amend the Court's current scheduling order is made before the deadline, it is evaluated under the relatively lenient "good cause" standard. FED. R. CIV. P. 16(b)(4). "There are four relevant factors

to consider when determining whether there is good cause under Rule 16(b)(4): (1) the explanation for the failure to timely comply with the scheduling order; (2) the importance of the modification; (3) potential prejudice in allowing the modification; and (4) the availability of a continuance to cure such prejudice." *Squyres v. Heico Companies,* L.L.C., 782 F.3d 224, 237 (5th Cir. 2015)(internal quotation marks and citation omitted). Defense counsel has a brief due in the Fifth Circuit on January 10, 2025, leaving her only two business days to address Plaintiff's Response during the 7 day period provided under the local rules, and she accordingly seeks this brief extension of time. There is no scheduling order in this case, the requested extension is for a seven (7) day period, there is no prejudice to any party, and this additional time will allow for the filing of a responsive pleading worthy of this Court's time and attention.

WHEREFORE, based on the foregoing, Defendants pray that this Court grant their unopposed motion for extension of time and issue an order allowing them to file their reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss (ECF No. 17) on or before January 21, 2025.

        Respectfully submitted,

By:    /s/ *Katie E. Payne*
       Katie E. Payne
       State Bar No. 24071347
       E-Mail: kpayne@wabsa.com
       D. Craig Wood
       State Bar No. 21888700
       E-Mail: cwood@wabsa.com

**WALSH GALLEGOS KYLE ROBINSON & ROALSON P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
Telephone: (210) 979-6633
Facsimile: (210) 979-7024

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the 7th day of January 2025, defense counsel conferred with Plaintiff's counsel via e-mail regarding this extension request and Plaintiff is unopposed.

*/s/ Katie E. Payne*
Katie E. Payne

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January 2025, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused the filing to be served upon all counsel of record.

*/s/ Katie E. Payne*
Katie E. Payne