IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARKAY GARCIA,** *Plaintiff,* | § § § | |
| vs. | § § | Civil Action No. 5:24-CV-010999-JKP-RBF |
| **NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA,** *Defendants.* | § § § § § | JURY DEMAND |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' 12(b)(6) MOTION TO DISMISS**

Be it remembered that on this day came to be considered Defendants' unopposed motion for extension of time to file their reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss (ECF. No. 17). The Court, having reviewed and considered the said motion and response and having reviewed the items on file herein, is of the opinion that said motion should be GRANTED.

Therefore, it is hereby ORDERED that Defendants' unopposed motion for extension of time to file their reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss (ECF No. 17), be GRANTED. Defendants shall submit their reply to Plaintiff's Response to Defendants' 12(b)(6) Motion to Dismiss on or before January 21, 2025.

IT IS SO ORDERED on this the _____ day of _____, 2025.

_____
Richard B. Farrer
UNITED STATES MAGISTRATE JUDGE