**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARKAY GARCIA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **5:24-CV-01099-JKP-RBF** |
| | § | |
| **NORTHSIDE INDEPENDENT** | § | |
| **SCHOOL DISTRICT, KYLE** | § | |
| **KENNEDY, and JOSEPH GARCIA,** | § | |
| **Defendants.** | § | |

### DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Adriana G. Rodriguez, Attorney at Law, and files this Notice of Appearance

of Counsel for Defendant, in the above-titled cause of action.

Respectfully submitted,

By:/s/ Adriana G. Rodriguez
Adriana G. Rodriguez
State Bar No. 24071467
Federal ID No. 3803186

**WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.**
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209
Telephone: (210) 979-6633
Facsimile:(210) 979-7024
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 25th day of June 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will cause it to be served upon all counsel of record.

/s/ Adriana G. Rodriguez
Adriana G. Rodriguez