# 226th District Court

# Case Summary

## Case No. 2024CR011495

| | | |
|---|---|---|
| **THE STATE OF TEXAS vs KYLE JOSEPH KENNEDY** § § § § § § § | Location: Judicial Officer: Filed on: Judicial Number (JN): Judicial Number (JN): Judicial Number (JN): Judicial Number (JN): | **226th District Court** **Meza, Velia J** **11/13/2024** **2153308** **7049950** **7049951** **7049952** |

## Case Information

| | |
|---|---|
| Case Type: | Felony |
| Subtype: | Civil Rights Division |
| Case Status: | **11/14/2024 Awaiting Trial** |

**Offense**

1. AGG ASSAULT BY PUB SERVANT

    | Degree | Offense Date | Filed Date |
    |---|---|---|
    | F1 | 10/28/2023 | 11/13/2024 |

    Arrest
    Date: 11/14/2024
    Control #: B202441651
    Agency: TX0150000 - Bexar County Sheriff's Office
    TRN: 9332859205   TRS: A001

2. DEADLY CONDUCT DISCHARGE FIREARM

    | Degree | Offense Date | Filed Date |
    |---|---|---|
    | F3 | 10/28/2023 | 11/13/2024 |

    Arrest
    Date: 11/14/2024
    Control #: B202441651
    Agency: TX0150000 - Bexar County Sheriff's Office
    TRN: 9332859205   TRS: A002

3. OFFICIAL OPPRESSION

    | Degree | Offense Date | Filed Date |
    |---|---|---|
    | MA | 10/28/2023 | 11/13/2024 |

Arrest
    Date:   11/14/2024
    Control #:   B202441651
    Agency:   TX0150000 - Bexar County Sheriff's Office
TRN:   9332859205    TRS:   A003

# Bonds
**Licensed Surety**
    #2082717
        $20,000.00
11/25/2024
    DC Received Bond
11/14/2024
    Bond Made
Counts: 1, 2, 3
Bond Company: BAIL BONDS, COWBOY
1122 W COMMERCE
SAN ANTONIO, TX 78207
11/14/2024
    Arrest Date
11/14/2024
    Jail Release Date

## Assignment Information

**Current Case Assignment**
Case Number     2024CR011495
Court           226th District Court
Date Assigned   11/13/2024
Judicial Officer   Meza, Velia J

## Party Information

**Defendant**    KENNEDY, KYLE JOSEPH          NISBET, THOMSON J
                                               *Retained*
            DOB:   12/03/1992
                                               CHRISTIAN, DAVID DOUGLAS
                                               *Retained*

## Case Events

| Date | Event |
|---|---|
| 11/13/2024 | Indicted by Grand Jury (OCA)<br>Created: 11/13/2024 3:58 PM |
| 11/13/2024 | Warrant Issued (OCA)<br>Created: 11/13/2024 4:04 PM |
| 11/13/2024 | Bond Set    (Judicial Officer: 187th, District Court)<br>Created: 11/13/2024 4:08 PM |
| 11/14/2024 | Active (OCA)<br>Created: 11/14/2024 9:41 AM |
| 11/14/2024 | Warrant Closed by Arrest<br>Created: 11/14/2024 9:41 AM |
| 11/14/2024 | CMAG Packet<br>Created: 11/14/2024 9:51 AM |
| 11/14/2024 | MAC-Attorney Assignment<br>Party:   Attorney Bunk, John Charles;<br>            Defendant KENNEDY, KYLE JOSEPH<br>Created: 11/14/2024 12:00 PM |
| 11/14/2024 | Defendant Magistrated Re-Arrest<br>Created: 11/14/2024 12:16 PM |
| 11/14/2024 | Appointed Attorney Requested - No<br>Created: 11/14/2024 12:16 PM |
| 11/14/2024 | Bond Made<br>Created: 11/14/2024 12:28 PM |
| 11/14/2024 | Pre-Trial Supervision Started<br>Created: 11/14/2024 1:27 PM |
| 11/14/2024 | MH 16.22 Report Completed<br>Created: 01/07/2025 6:22 PM |
| 11/14/2024 | MH 16.22 Report Ordered<br>Party:   Defendant KENNEDY, KYLE JOSEPH<br>Created: 01/07/2025 6:22 PM |
| 11/15/2024 | Warrant Returned<br>Created: 11/15/2024 8:23 AM |
| 11/15/2024 | LDC Attorney Hired<br>*24063579*<br>Created: 11/15/2024 3:03 PM |
| 11/19/2024 | Motion For Travel<br>Created: 11/19/2024 3:26 PM |

| | | |
|---|---|---|
| 11/20/2024 | Order Granting | |
| | *GRANTED: ALLOWED TO TRAVEL TO 20235 BAXTER AVE SPRINGVILLE AL 35146 ON MONDAY NOVEMBER 25TH 2024, AND RETURNING ON SUNDAY DECEMBER 01 2024* | |
| | Created: | 11/20/2024 10:07 AM |
| 11/25/2024 | DC Received Bond | |
| | Created: | 11/25/2024 2:11 PM |
| 12/30/2024 | Attorney Voucher Filed | |
| | *Bunk* | |
| | Created: | 12/30/2024 2:03 PM |
| 02/04/2025 | Motion For Discovery | |
| | *Requests* | |
| | Created: | 02/04/2025 10:35 AM |
| 02/04/2025 | Notice | |
| | *State's Witness List* | |
| | Created: | 02/04/2025 12:16 PM |
| 02/24/2025 | Precept/Indictment Served | |
| | Created: | 02/24/2025 10:05 AM |
| 03/03/2025 | Precept/Indictment Served | |
| | Created: | 03/03/2025 1:39 PM |
| 04/30/2025 | State Notice of Intended Prosecution | |
| | Created: | 04/30/2025 3:42 PM |
| 05/23/2025 | Motion For Travel | |
| | Created: | 05/23/2025 2:42 PM |
| 05/27/2025 | Order Granting | |
| | *MOTION TO TRAVEL.* | |
| | Created: | 05/27/2025 10:43 AM |
| 06/20/2025 | Motion To | |
| | *Inspect Evid* | |
| | Created: | 06/20/2025 11:55 AM |
| 06/20/2025 | Motion For Witness List | |
| | Created: | 06/20/2025 11:55 AM |
| 06/20/2025 | Motion For Appointment of Expert | |
| | Created: | 06/20/2025 11:55 AM |
| 06/20/2025 | Motion in Limini | |
| | Created: | 06/20/2025 11:55 AM |

| | | |
|---|---|---|
| 06/20/2025 | Request | |
| | *ntc of intent* | |
| | Created: 06/20/2025 11:55 AM | |
| 06/20/2025 | Motion For Discovery | |
| | Created: 06/20/2025 11:55 AM | |

## Hearings

| | | |
|---|---|---|
| 11/14/2024 | **15.17 CMAG Hearing** (7:00 AM) | |
| | **MINUTES - 11/14/2024** | |
| | Defendant Magistrated Re-Arrest | |
| | Created: 11/14/2024 12:16 PM | |
| | Appointed Attorney Requested - No | |
| | Created: 11/14/2024 12:16 PM | |
| | Hearing Held; | |
| | *Hearing Held* | |
| | Created: 11/14/2024 9:47 AM | |
| 08/07/2025 | **Pre-Trial Conference** (8:30 AM) (Judicial Officer: Robertson, Benjamin) | |
| | 11/19/2024 Reset by Court to 11/20/2024 | |
| | 11/20/2024 Reset by Court to 12/18/2024 | |
| | 12/18/2024 Reset by Court to 02/24/2025 | |
| | 02/24/2025 Reset by Court to 05/06/2025 | |
| | 05/06/2025 Reset by Court to 06/23/2025 | |
| | 06/23/2025 Reset by Court to 08/07/2025 | |
| | Created: 11/14/2024 10:37 AM | |

## Bond Settings

| | |
|---|---|
| 11/13/2024 | **Bond Setting**<br>1. AGG ASSAULT BY PUB SERVANT<br>2. DEADLY CONDUCT DISCHARGE FIREARM<br>3. OFFICIAL OPPRESSION<br>Other Cases: AL-2153308<br> Set by Judge $20,000.00 Any<br>Conditions:<br>   - No Contact-Person - Def is ordered to stay 1000 feet away from CW, any vehicles that CW owns/is a passenger in/is driving, their home, job , church, family, pets, friends,co-workers & neighbors. Def is ordered not to (or use a 3rd party [another person] to), phone, text, e-mail, social media apps, USPS, FedEx, UPS, Amazon or any other courier service or delivery service (e.g., DoorDash, UberEats, 1800-Flowers-to-go, etc.) to attempt to communicate with CW<br>      *with complaineant Marykay Garcia or family members*<br>   - Prohibition of Possession of Firearms |
| 11/14/2024 | **Bond Setting**<br> Set by Judge $20,000.00 Any |