IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | 5:24-CV-01099-JKP-RBF |
| | § | |
| NORTHSIDE INDEPENDENT | § | |
| SCHOOL DISTRICT, KYLE | § | |
| KENNEDY, and JOSEPH GARCIA, | § | |
|     Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

Be it remembered that on this day came to be considered Defendants' Motion to Stay. After considering said pleadings and other documents on file in this cause, and the argument of the parties, the Court finds that Defendants' Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED, that Defendants' Motion to Stay is hereby GRANTED.

SIGNED on this the _____ day of _____, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE