# EXHIBIT 1

| | |
|---|---|
| **From:** | Craig Wood |
| **To:** | Fidel Rodriguez; Katie Payne; Jessica Flores; Veronica Pena |
| **Cc:** | Thad Spalding; Tres Rodriguez; Brian Dennis; Sylvan S. Lang Jr. (SYLVAN@LANGFIRM.COM); Shelby White; Evangelina Sanabia; Damaris Ramiro; Adriana Rodriguez |
| **Subject:** | Re: Second Request - Garcia, Markay v. NISD - Pl Attorneys Seeking Common Ground on the filed Opposed Mtn to Stay |
| **Date:** | Friday, July 11, 2025 3:25:25 PM |
| **Attachments:** | Outlook-xdn4jwf0.png<br>Outlook-agzzfvoa.png<br>Outlook-lixyzlez.png<br>Outlook-jz43m5pc.png |

Fidel,

I have spoken with our clients. We are okay with releasing the video to you. We will want a protective order to prohibit its release outside of the litigation. Are you okay with that? If so, we can draft and get it to you quickly. Upon execution of the Protective Order, we will place the video segments in a secure OneHub for your access. Let me know.

Craig



**CRAIG WOOD**

ATTORNEY | SHAREHOLDER | LICENSED IN TX



210.979.6633   WalshGallegos.com
1020 NE Loop 410, Suite 450, San Antonio, Texas 78209



**From:** Craig Wood <cwood@wabsa.com>
**Sent:** Thursday, July 10, 2025 1:13 PM
**To:** Fidel Rodriguez <fidel@fidrodlaw.com>; Katie Payne <kpayne@wabsa.com>; Jessica Flores <jflores@wabsa.com>; Veronica Pena <cpena@wabsa.com>
**Cc:** Thad Spalding <tspalding@dpslawgroup.com>; Tres Rodriguez <tres@fidrodlaw.com>; Brian Dennis <brian@langfirm.com>; Sylvan S. Lang Jr. (SYLVAN@LANGFIRM.COM) <SYLVAN@LANGFIRM.COM>; Shelby White <swhite@dpslawgroup.com>; Evangelina Sanabia <Evangelina@langfirm.com>; Damaris Ramiro <dramiro@fidrodlaw.com>; Adriana Rodriguez <arodriguez@wabsa.com>
**Subject:** Re: Second Request - Garcia, Markay v. NISD - Pl Attorneys Seeking Common Ground on the filed Opposed Mtn to Stay

Consulting with some folks.  Should have an answer today.  I do not believe we can proceed with discovery during the pendency of the criminal proceeding,  I am checking on the video though.



CRAIG WOOD

ATTORNEY | SHAREHOLDER | LICENSED IN TX





**From:** Fidel Rodriguez <fidel@fidrodlaw.com>
**Sent:** Thursday, July 10, 2025 11:54 AM
**To:** Katie Payne <kpayne@wabsa.com>; Craig Wood <cwood@wabsa.com>; Jessica Flores <jflores@wabsa.com>; Veronica Pena <cpena@wabsa.com>
**Cc:** Thad Spalding <tspalding@dpslawgroup.com>; Tres Rodriguez <tres@fidrodlaw.com>; Brian Dennis <brian@langfirm.com>; Sylvan S. Lang Jr. (SYLVAN@LANGFIRM.COM) <SYLVAN@LANGFIRM.COM>; Shelby White <swhite@dpslawgroup.com>; Evangelina Sanabia <Evangelina@langfirm.com>; Damaris Ramiro <dramiro@fidrodlaw.com>; Adriana Rodriguez <arodriguez@wabsa.com>; Fidel Rodriguez <fidel@fidrodlaw.com>
**Subject:** Second Request - Garcia, Markay v. NISD - Pl Attorneys Seeking Common Ground on the filed Opposed Mtn to Stay

Katie and Craig,

Any response to our inquiry below?

Thanks.

Fidel Rodriguez, Jr.
Rodriguez Trial Law

**From:** Fidel Rodriguez
**Sent:** Tuesday, July 8, 2025 1:41 PM
**To:** Katie Payne <kpayne@wabsa.com>; Craig Wood <cwood@wabsa.com>; Jessica Flores

<jflores@wabsa.com>; Veronica Pena <cpena@wabsa.com>
**Cc:** Thad Spalding <tspalding@dpslawgroup.com>; Tres Rodriguez <tres@fidrodlaw.com>; Brian Dennis <brian@langfirm.com>; Sylvan S. Lang Jr. (SYLVAN@LANGFIRM.COM) <SYLVAN@LANGFIRM.COM>; Shelby White <swhite@dpslawgroup.com>; Evangelina Sanabia <Evangelina@langfirm.com>; Damaris Ramiro <dramiro@fidrodlaw.com>; Adriana Rodriguez <arodriguez@wabsa.com>; Fidel Rodriguez <fidel@fidrodlaw.com>
**Subject:** Garcia, Markay v. NISD - Pl Attorneys Seeking Common Ground on the filed Opposed Mtn to Stay

Katie and Craig,

Good afternoon.

I am writing to see if we can find common ground regarding your recently filed Def's Opposed Mtn to Stay.

Can we have a copy of the unedited video of the incident?

Can we proceed with other discovery from witnesses to the incident, Officer Garcia, and Officer Kennedy's supervisors?

Can we proceed with written discovery including investigation of the incident by NISD?

We will be providing a Response to your motion and want to be accurate in our representations to the Court.

We await your response.

Fidel Rodriguez, Jr.
Rodriguez Trial Law

**From:** Katie Payne <kpayne@wabsa.com>
**Sent:** Monday, July 7, 2025 2:27 PM
**To:** Fidel Rodriguez <fidel@fidrodlaw.com>; Craig Wood <cwood@wabsa.com>; Jessica Flores <jflores@wabsa.com>; Veronica Pena <cpena@wabsa.com>
**Cc:** Thad Spalding <tspalding@dpslawgroup.com>; Tres Rodriguez <tres@fidrodlaw.com>; Brian Dennis <brian@langfirm.com>; Sylvan S. Lang Jr. (SYLVAN@LANGFIRM.COM) <SYLVAN@LANGFIRM.COM>; Shelby White <swhite@dpslawgroup.com>; Evangelina Sanabia <Evangelina@langfirm.com>; Damaris Ramiro <dramiro@fidrodlaw.com>; Adriana Rodriguez <arodriguez@wabsa.com>
**Subject:** RE: Garcia, Markay v. NISD - Status of Appeal of Judge Pulliam's Order and Submission of Joint Proposed Scheduling Recommendations?

Hi Fidel,
It is unlikely that we will appeal. However, today we will be filing a motion to stay the case pending the resolution of the criminal case involving Officer Kennedy. Please let me know if Plaintiff is opposed or unopposed.

Thank you,
Katie

---

**From:** Fidel Rodriguez <fidel@fidrodlaw.com>
**Sent:** Monday, July 7, 2025 1:05 PM
**To:** Katie Payne <kpayne@wabsa.com>; Craig Wood <cwood@wabsa.com>; Triza Delgado <tdelgado@wabsa.com>; Veronica Solis <csolis@wabsa.com>
**Cc:** Thad Spalding <tspalding@dpslawgroup.com>; Tres Rodriguez <tres@fidrodlaw.com>; Brian Dennis <brian@langfirm.com>; Sylvan S. Lang Jr. (SYLVAN@LANGFIRM.COM) <SYLVAN@LANGFIRM.COM>; Shelby White <swhite@dpslawgroup.com>; Evangelina Sanabia <Evangelina@langfirm.com>; Damaris Ramiro <dramiro@fidrodlaw.com>; Fidel Rodriguez <fidel@fidrodlaw.com>
**Subject:** Garcia, Markay v. NISD - Status of Appeal of Judge Pulliam's Order and Submission of Joint Proposed Scheduling Recommendations?

Katie and Craig,

Good afternoon.

Aa a follow-up to my conversation with Craig of last week, are you going to appeal the Memorandum Opinion and Order issued by Judge Pulliam on June 23?

If not, we have been ordered by Judge Richard Farrer, thru a Docket Text on June 24, to submit, by July 14, 2025, joint proposed scheduling recommendations.

We await your response.

Fidel Rodriguez, Jr.
Rodriguez Trial Law

CONFIDENTIALITY NOTICE: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.

CONFIDENTIALITY NOTICE: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the

information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.