IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | NO. 5-24-CV-01099-JKP-RBF<br>JURY DEMANDED |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER ON DEFENDANTS' OPPOSED MOTION TO STAY

On this day, the Court considered Defendants' Opposed Motion to Stay (Dkt. 23). After considering the motion and the Plaintiff's response, the Court is of the opinion that the motion should be denied.

It is therefore ORDERED that Defendants' Opposed Motion to Stay is, in all things, DENIED.

SIGNED on _____, 2025.

_____
**THE HONORABLE RICHARD J. FARRER**
**United States Magistrate Judge**