IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARKAY GARCIA, § <br>     Plaintiff, § <br> § <br> VS. § <br> § <br> NORTHSIDE INDEPENDENT SCHOOL § <br> DISTRICT, KYLE KENNEDY, and § <br> JOSEPH GARCIA, § <br>     Defendants. § | NO. 5-24-CV-01099-JKP-RBF <br> JURY DEMANDED |

**ORDER ON**
**PLAINTIFF'S MOTION TO RECONSIDER MEMORANDUM OPINION AND ORDER DISMISSING DEFENDANT NORTHSIDE INDEPENDENT SCHOOL DISTRICT**

On this day, the Court considered Plaintiffs' Motion to Reconsider Memorandum Opinion and Order Dismissing Defendant Northside Independent School District. After considering the motion and the Defendants' response, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED that Plaintiffs' Motion to Reconsider is GRANTED and, accordingly, the ratification claim against Defendant Northside Independent School District is hereby reinstated.

SIGNED on _____, 2025.

                                                                              **THE HONORABLE JASON PULLIAM**
                                                                              **United States District Judge**