IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | NO. 5-24-CV-01099-JKP-RBF<br>JURY DEMANDED |
| NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

**ORDER ON PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO FILE JOINT SCHEDULING ORDER**

On this day, the Court considered Plaintiff's Motion to Extend Deadline to File Joint Scheduling Order Recommendations. After considering the motion, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED that Plaintiff's Motion to Extend Deadline to File Joint Scheduling Order Recommendations is GRANTED to and including July 16, 2025.

SIGNED on _____, 2025.

_____
**THE HONORABLE RICHARD J. FARRER**
**United States Magistrate Judge**