IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARKAY GARCIA,                          §
    Plaintiff,                          §
                            §
VS.                                     §        NO. 5-24-CV-01099-JKP-RBF
                            §          JURY DEMANDED
NORTHSIDE INDEPENDENT SCHOOL            §
DISTRICT, KYLE KENNEDY, and             §
JOSEPH GARCIA,                          §
    Defendants.                         §

**AMENDED CERTIFICATE OF CONFERENCED TO
PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO FILE JOINT SCHEDULING ORDER**

       Plaintiff, Markay Garcia, files this Amended Certificate of Conference to Plaintiff's Motion

to Extend Time to File Joint Scheduling Order to make clear that Defendants are unopposed to the

motion.

**AMENDED CERTIFICATE OF CONFERENCE**

       On July 15 and 16, 2025, the undersigned counsel contacted Defendants' counsel regarding
the filing of a Joint Proposed Scheduling Recommendation, including emailing Defendants' counsel
a proposed scheduling order to counsel for Defendants.  On July 16, 2025, Defendants' counsel
advised that they could not agree to scheduling order until there was a ruling on Defendants' Motion
to Stay and Plaintiff's Motion to Reconsider.

       On July 15-16, 2025, the undersigned counsel also asked Defendants' counsel about their
position regarding the filing of this motion and the relief requested herein.  On July 16, 2025,
Defendants' counsel advised that Defendants are unopposed to the requested extension.

                                      *S/ FIDEL RODRIGUEZ, JR.*
                                      FIDEL RODRIGUEZ, JR.

Respectfully submitted,

RODRIGUEZ TRIAL LAW
231 W. Cypress St.
San Antonio, Texas 78212
(210) 777-5555; Telephone
(210) 224-0533; Telefax
BY:    *S/ FIDEL RODRIGUEZ, JR.*
       FIDEL RODRIGUEZ, JR.
       State Bar No. 17145500
       FIDEL RODRIGUEZ, III
       State Bar No. 24081924

LANG LAW FIRM, P.C.
Northwest Atrium
11550 IH-10 West, Ste. 273
San Antonio, Texas 78230
(210) 783-0322; Telephone
(210) 479-0099; Telefax
BY:    *S/ SYLVAN S. LANG, JR.*
       SYLVAN S. LANG, JR.
       State Bar No. 11898700
       BRIAN M. DENNIS
       State Bar No. 24039970
       MEAGAN M. GILLETTE
       State Bar No. 24050659

DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000; Telephone
(214) 946-8433; Telefax
BY:    */S/ THAD D. SPALDING*
       THAD D. SPALDING
       State Bar No. 00791708
       SHELBY J. WHITE
       State Bar No. 24084086

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July 16, 2025**, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing ("ECF") system of the Court. The following counsel of record were served via electronic service through the ECF system.

D. Craig Wood, cwood@wabsa.com
Katie E. Payne, kpayne@wabsa.com
**WALSH GALLEGOS KYLE ROBINSON & ROALSON P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
*Attorneys for Defendants*

*S/ FIDEL RODRIGUEZ, JR.*
FIDEL RODRIGUEZ, JR.