IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARKAY GARCIA,** *Plaintiff,* | § § § | |
| vs. | § § | Civil Action No. 5:24-CV-01099-JKP-RBF |
| **NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA,** *Defendants.* | § § § § § | |

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER MEMORANDUM OPINION AND ORDER DISMISSING DEFENDANT NORTHSIDE INDEPENDENT SCHOOL DISTRICT

Be it remembered that on this day came to be considered Plaintiff's Motion to Reconsider Memorandum Opinion and Order Dismissing Defendant Northside Independent School District. After considering said pleadings and other documents on file in this cause, and the arguments of the parties, the Court finds that Plaintiff's Motion is without merit and should be DENIED.

It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Reconsider Memorandum Opinion and Order Dismissing Defendant Northside Independent School District is hereby DENIED.

SIGNED on this the _____ day of _____, 2025.

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**