IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA, | § | |
| *Plaintiff*, | § § § | 5:24-CV-01099-JKP-RBF |
| vs. | § § | |
| KYLE KENNEDY, JOSEPH GARCIA, | § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Motion to Stay Case filed by Defendants Joseph Garcia and Kyle Kennedy, *see* Dkt. No. 23. The District Court referred this case for disposition of some pre-trial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 5. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED THAT** the Motion to Stay Case, Dkt No. 23, is set for a hearing on **August 25, 2025, at 1:30 pm** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207. Counsel should check the monitors in the courthouse lobby on the day of the hearing, which will contain the assigned courtroom information. The parties should be prepared to discuss all pending motions at the hearing.

**IT IS SO ORDERED.**

SIGNED this 1st day of August, 2025.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE