IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARKAY GARCIA, <br> Plaintiff, <br><br> vs. <br><br> NORTHSIDE INDEPENDENT SCHOOL DISTRICT, KYLE KENNEDY, and JOSEPH GARCIA, <br> Defendants. | § § § § § § § § § § | 5:24-CV-01099-JKP-RBF |

## JOINT MOTION TO ENTER MODIFIED AGREED PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff, Markay Garcia. ("Plaintiff") and Defendants, Kyle Kennedy and Joseph Garcia ("Defendants") who file this Joint Motion to Enter an Agreed Protective Order. In support thereof, the Parties respectfully show the Court the following:

1. On December 11, 2024, the Court issued a Confidentiality and Protective Order. ECF 12.

2. The parties have since agreed to a Modified Agreed Protective Order with provisions that address the potential sensitive nature of certain information that may be exchanged in this case and corresponding obligations regarding its use, retention, and return.

Respectfully submitted,

By:   /s/ *Adriana G. Rodriguez*
Katie E. Payne
State Bar No. 24071347
Federal ID No. 1786856
E-Mail: kpayne@wabsa.com
D. Craig Wood
State Bar No. 21888700
Federal No. 979301
E-Mail: cwood@wabsa.com
Adriana G. Rodriguez
State Bar No. 24071467
**WALSH GALLEGOS KYLE ROBINSON & ROALSON P.C.**

1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
Telephone: (210) 979-6633
Facsimile: (210) 979-7024
**ATTORNEYS FOR DEFENDANTS**

and

Fidel Rodriguez, Jr.
State Bar No. 17145500
Fidel Rodriguez, III
State Bar No. 24081924
**RODRIGUEZ TRIAL LAW**
231 W. Cypress St.
San Antonio, Teas 78212
Telephone: (210) 777-5555
Facsimile: (210) 224-0533

Sylvan S. Lang, Jr.
State Bar No. 11898700
Brian M. Dennis
State Bar No. 24039970
Meagan M. Gillette
State Bar No. 24050659
**LANG LAW FIRM, P.C.**
Northwest Atrium
11550 IH-10 West, Suite 273
San Antonio, Texas 78230
Telephone: (210) 783-0322
Facsimile: (210) 479-0099

Thad D. Spalding
State Bar No. 00791708
Shelby J. White
State Bar No. 24084086
**DURHAM, PITTARD & SPALDING, LLP**
P.O. Box 224626
Dallas, Texas 75222
Telephone: (214) 946-8000
Facsimile: (214) 946-8433

By: *[signature]*
FIDEL RODRIGUEZ, JR.
STATE BAR NO. 17145500
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system, and an email notice of the electronic filing was sent to all attorneys of record.

/s/ *Adriana G. Rodriguez*
Adriana G. Rodriguez